UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

United States of America     PLAINTIFF

v.     CIVIL ACTION 1:22-cv-106-GHD-DAS

Abigail Melcher     DEFENDANT

## **DEFAULT JUDGMENT**

The defendant, Abigail Melcher, having failed to appear, plead or otherwise defend in this action, and default having been entered on November 15, 2022, and counsel for plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiff United States of America and against defendant Abigail Melcher in the amount of $44,776.32, plus interest on the judgment at the legal rate until the judgment is satisfied. This the 18th day of November, 2022.

David Crews, Clerk of Court

    s/ Jennifer L. Adams
    Deputy Clerk